IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-01845-WDM-BNB

ANNA PERRY,

    Plaintiff,

v.

COLORADO STATE UNIVERSITY, et al.,

    Defendants.

## NOTICE OF DISMISSAL

    The court construes Plaintiff's Motion to Withdraw Complaint to be a motion pursuant to Fed. R. Civ. P. 41(a)(2).  Accordingly, this case is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on October 3, 2007.

                      BY THE COURT:

                      s/ Walker D. Miller
                      United States District Judge